139 A.3d 1186

IN THE MATTER OF MARC DARIENZO, A/K/A
MARC D'ARIENZO, AN ATTORNEY AT
LAW (ATTORNEY NO. 005621993).

July 22, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–234, concluding that **MARC DARIENZO, A/K/A MARC D'ARIENZO** of **BRADLEY BEACH,** who was admitted to the bar of this State in 1993, should be suspended from the practice of law for a period of three months for violating *RPC* 1.4(b) (failure to keep a client reasonably informed about the status of the matter or to comply with reasonable requests for information) and *RPC* 1.5(b)(failure to set forth in writing the basis or rate of the fee); and good cause appearing;

It is ORDERED that **MARC DARIENZO, A/K/A MARC D'ARIENZO** is suspended from the practice of law for a period of three months, effective August 22, 2016, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.